# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**RENEWABLE ENERGY**
**EQUIPMENT LEASING, LLC,**

    **Plaintiff,**

                                                                **Case No. 2:14-cv-2687**

    **v.**                                                          **JUDGE GREGORY L. FROST**
                                                                **Magistrate Judge Norah McCann King**

**TEAM GEMINI, LLC, et al.,**

    **Defendants.**

## **ORDER**

In light of the filing of Plaintiff's amended complaint (ECF No. 27), the pending motion for judgment on the pleadings (ECF No. 17) is moot.  The Court therefore **DIRECTS** the Clerk to terminate this motion on the docket as moot.

    **IT IS SO ORDERED.**

                                                        **/s/ Gregory L. Frost**
                                                        **GREGORY L. FROST**
                                                        **UNITED STATES DISTRICT JUDGE**