UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Renewable Energy Equipment Leasing, LLC,**

    **Plaintiff,**

v.

**Team Gemini, LLC, et al.,**

    **Defendants.**

Case No. 2:14–cv–2687

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

On January 24, 2018, Magistrate Judge Jolson issued a report and recommendation ("R&R") regarding Plaintiff's motion for summary judgment with respect to damages, ECF No. 127, and the supplement thereto, ECF No. 132. ECF No. 134. Magistrate Judge Jolson recommended that the motion for summary judgment be **GRANTED IN PART** and **DENIED IN PART**. *Id.* at 9.

Magistrate Judge Jolson notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* at 9–10.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. Plaintiff's motion for summary judgment, ECF No. 127, is **GRANTED IN PART** and **DENIED IN**

**PART** consistent with Magistrate Judge Jolson's recommendation in the R&R.

The Clerk of Court is **DIRECTED** to remove ECF Nos. 127, 132, and 134 from the Court's pending motions list.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**